

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2018

No. 04-18-00869-CV

**IN RE ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice

On November 15, 2018, relator filed a petition for writ of mandamus and a motion for temporary stay of discovery. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's motion for temporary stay of discovery is also DENIED. The court's opinion will issue at a later date.

It is so **ORDERED** on November 16, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2016CV05902, styled *Carmen Smith v Allstate Insurance Fire and Casualty Co. and Sonia Adee*, pending in the County Court at Law No. 9, Bexar County, Texas, the Honorable Walden Shelton presiding.